Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000738
23-JAN-2019
08:01 AM

NO. CAAP-18-0000738

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CITY AND COUNTY OF HONOLULU, COUNTY OF HAWAI'I,
COUNTY OF MAUI, COUNTY OF KAUA'I,
Plaintiffs-Appellants,
v.
DAVID Y. IGE, GOVERNOR, STATE OF HAWAI'I,
IN HIS OFFICIAL CAPACITY; DOUGLAS S. CHIN,
LIEUTENANT GOVERNOR, STATE OF HAWAI'I,
IN HIS OFFICIAL CAPACITY; F.M.
SCOTTY ANDERSON, CHAIRPERSON, ELECTIONS COMMISSION,
IN HIS OFFICIAL CAPACITY; SCOTT NAGO,
CHIEF ELECTION OFFICER, IN HIS OFFICIAL CAPACITY,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-1326-08 (JPC))

ORDER DISPOSING OF STIPULATION TO DISMISS AND MOTION TO DISMISS
(By: Fujise, Presiding Judge, Leonard and Chan, JJ.)

Upon consideration of the December 28, 2018
"Stipulation to Dismiss Appeal with Prejudice" by Plaintiffs-
Appellants City and County of Honolulu, County of Hawai'i, and
County of Kaua'i; and Defendants-Appellees David Y. Ige,
Governor, State of Hawai'i; Douglas S. Chin, Lieutenant Governor,
State of Hawai'i; F.M. Scotty Anderson, Chairperson, Elections
Commission; and Scott T. Nago, Chief Election Officer; and
"Motion to Dismiss Appeal Without Prejudice" by Plaintiff-

Appellant County of Maui (**County of Maui**), it appears the parties seek to dismiss the appeal, and once the dismissal becomes effective, see Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 36, jurisdiction will revert back to the First Circuit Court. See Korean Buddhist Dae Won Sa Temple of Hawaii v. Concerned Citizens of Palolo, 107 Hawai'i 371, 382, 114 P.3d 113, 124 (2005).

Therefore, IT IS HEREBY ORDERED that the stipulation is refused and the motion to dismiss is granted in part. The appeal is dismissed as moot in light of the supreme court's opinion in SCPW-18-0000733, and jurisdiction reverts back to the First Circuit Court once dismissal becomes effective.

DATED: Honolulu, Hawai'i, January 23, 2019.


Presiding Judge


Associate Judge


Associate Judge

2